# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sezzle, Inc.,<br><br>                        Plaintiff,<br><br>v.<br><br>Shopify Inc.,<br><br>                        Defendant. | Case No. 25-cv-02395 (ECT/SGE) |

**Stipulation to Extend Deadline to Answer or Otherwise Respond to Complaint and for Briefing Schedule**

The parties agree and stipulate that Defendant Shopify shall have until and including August 11, 2025 to answer or otherwise respond to Plaintiff Sezzle's Complaint in this matter.

If Shopify responds to the complaint with a motion under Rule 12 of the Federal Rules of Civil Procedure, the parties further agree and stipulate to a proposed briefing schedule as follows:

    Shopify's Motion: August 11, 2025

    Sezzle's Opposition: October 14, 2025

    Shopify's Reply: 14 days after Sezzle's Opposition is filed

The parties respectfully request that the Court so order.

Dated: July 1, 2025	Respectfully submitted,

**ROBINS KAPLAN LLP**

By: */s/ Michael A. Collyard*
Michael A. Collyard (#302569)
Munir R. Meghjee (#0301437)
Stephen P. Safranski (#0331326)
Ryan W. Marth (#0327621)
Peter C. Ihrig (#0390392)
Maxwell E. Loos (#0504841)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: 612.349.8500
mcollyard@robinskaplan.com
mmeghjee@robinskaplan.com
ssafranski@robinskaplan.com
rmarth@robinskaplan.com
pihrig@robinskaplan.com
mloos@robinskaplan.com

*Attorneys for Plaintiff Sezzle, Inc.*


**PAUL HASTINGS LLP**

By: */s/ Michael F. Murray*
Michael F. Murray (*pro hac vice* application forthcoming, DC 1001680)
2050 M Street NW
Washington, DC 20036
Phone: 202.551.1700
michaelmurray@paulhastings.com

*Attorney for Defendant Shopify, Inc.*