# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sezzle, Inc.,<br><br>                  Plaintiff,<br><br>v.<br><br>Shopify Inc.,<br><br>                  Defendant. | Case No. 25-cv-02395 (ECT/SGE) |

## [PROPOSED] ORDER

This matter came before the Court on the parties' Stipulation (ECF No. 6) to extend Defendant Shopify's time to answer or otherwise respond to the Complaint, and for a briefing schedule to the extent Shopify brings a motion under Rule 12 of the Federal Rules of Civil Procedure in response to Plaintiff Sezzle's Complaint. Based on the parties' Stipulation, it is hereby ordered that:

1. Shopify shall have until August 11, 2025 to answer or otherwise plead in response to Sezzle's Complaint.

2. If Shopify responds to the Complaint with a motion under Rule 12 of the Federal Rules of Civil Procedure, Shopify shall file its motion and all supporting documents by August 11, 2025.

3. Sezzle shall file its opposition and all supporting documents by October 14, 2025.

4.      Shopify shall file any reply memorandum of law, or notice stating that no reply memorandum of law will be filed, within 14 days after Sezzle files its opposition.

IT IS SO ORDERED.

Dated: _____, 2025

_____
Eric C. Tostrud, District Judge
United States District Court