UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sezzle, Inc., | Case No. 25-cv-02395 (ECT/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Shopify Inc., | |
| Defendant. | |

This matter came before the Court on the parties' Stipulation (ECF No. 6) to extend Defendant Shopify's time to answer or otherwise respond to the Complaint, and for a briefing schedule to the extent Shopify brings a motion under Rule 12 of the Federal Rules of Civil Procedure in response to Plaintiff Sezzle's Complaint. Based on the parties' Stipulation, it is hereby ordered that:

1. Shopify shall have until August 11, 2025 to answer or otherwise plead in response to Sezzle's Complaint.

2. If Shopify responds to the Complaint with a motion under Rule 12 of the Federal Rules of Civil Procedure, Shopify shall contact Judge Tostrud's chambers to obtain a hearing date and not file its motion until 81 days prior to the hearing.

3. Sezzle shall have 60 days to file its opposition and all supporting documents.

4. Shopify shall have 14 days to file its reply memorandum.

**IT IS SO ORDERED.**

Dated: July 3, 2025

*s/Shannon G. Elkins*
Shannon G. Elkins
United States District Court