# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Sezzle, Inc.,<br><br>            Plaintiff,<br><br>  v.<br><br>Shopify Inc.,<br><br>            Defendant. | Case No. 25-cv-02395-ECT-SGE<br><br>**CORPORATE DISCLOSURE STATEMENT UNDER F.R.C.P. 7.1** |

In accordance with Federal Rule of Civil Procedure 7.1(a)(1), Defendant Shopify Inc. states that it is a public corporation with no parent company and that there is no publicly held corporation that owns 10% or more of its stock.

Date: August 11, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

 /s/ Rachel S. Brass

Rachel S. Brass, *pro hac vice*
RBrass@gibsondunn.com
Joseph R. Rose, *pro hac vice*
JRose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 393-8200

Harry R. S. Phillips, *pro hac vice*
HPhillips@gibsondunn.com
1700 M St., N.W.
Washington, D.C. 20036
(202) 955-8500

**LATHROP GPM LLP**

Richard C. Landon, #0392306
Richard.Landon@lathropgpm.com
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 632-3000

**PAUL HASTINGS LLP**

Michael F. Murray, *pro hac vice*
MichaelMurray@paulhastings.com
2050 M Street N.W.
Washington, D.C. 20036
(202) 551-1700

James M. Pearl, *pro hac vice*
JamesPearl@paulhastings.com
1999 Avene of the Stars, 27th Floor
Century City, CA 90067
(310) 629-5700

Thomas P. Brown, *pro hac vice*
TomBrown@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
(415) 856-7000

*Counsel for Shopify Inc.*