# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sezzle, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Shopify Inc., <br><br> Defendant. | Case No. 25-cv-02395-ECT-SGE <br><br> **NOTICE OF HEARING ON DEFENDANT'S FORTHCOMING MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that on December 8, 2025, at 10 AM, or as soon thereafter as the parties may be heard, at a hearing before the Honorable Eric C. Tostrud, United States District Judge, in Courtroom 7D of the United States District Court located at 316 North Robert Street, St. Paul, Minnesota 55101, Defendant Shopify Inc. will bring its Motion to Dismiss Plaintiff Sezzle, Inc.'s Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Shopify will file its Motion and supporting documents 81 days prior to December 8, 2025, or on another date set by the Court, consistent with the operative scheduling order. *See* Dkt. 9 (Shopify is not to "file its motion until 81 days prior to the hearing"). Shopify's counsel understands that the Court will issue an order specifying Shopify's filing date.

Date: August 11, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

 /s/ *Rachel S. Brass*

Rachel S. Brass, *pro hac vice*

1

RBrass@gibsondunn.com
Joseph R. Rose, *pro hac vice*
JRose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 393-8200

Harry R. S. Phillips, *pro hac vice*
HPhillips@gibsondunn.com
1700 M St., N.W.
Washington, D.C. 20036
(202) 955-8500

**LATHROP GPM LLP**

Richard C. Landon, #0392306
Richard.Landon@lathropgpm.com
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 632-3000

**PAUL HASTINGS LLP**

Michael F. Murray, *pro hac vice*
MichaelMurray@paulhastings.com
2050 M Street N.W.
Washington, D.C. 20036
(202) 551-1700

James M. Pearl, *pro hac vice*
JamesPearl@paulhastings.com
1999 Avene of the Stars, 27th Floor
Century City, CA 90067
(310) 629-5700

Thomas P. Brown, *pro hac vice*
TomBrown@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
(415) 856-7000

*Counsel for Shopify Inc.*