IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sezzle, Inc., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>Shopify Inc., <br><br>　　　　　Defendant. | Case No. 25-cv-02395-ECT-SGE <br><br> **LOCAL RULE 7.1 MEET AND CONFER STATEMENT REGARDING DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Local Rule 7.1(a)(1), Defendant Shopify Inc. ("Shopify") submits this Meet and Confer Statement with respect to Shopify's Motion to Dismiss Plaintiff Sezzle, Inc.'s ("Sezzle") Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Undersigned counsel for Shopify certifies that they met and conferred by video conference with counsel for Sezzle regarding the substance of Shopify's Motion on August 7, 2025. The parties have not agreed on a resolution of all or part of the Motion. Shopify will file its Motion and supporting documents on the date set by the Court. *See* Dkt. 9 (scheduling order).

Date: August 11, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**

　　　　　　　　　　　　　　　　　　　　　/s/ Rachel S. Brass

　　　　　　　　　　　　　　　　　　　　Rachel S. Brass, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　RBrass@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　Joseph R. Rose, *pro hac vice*
　　　　　　　　　　　　　　　　　　　　JRose@gibsondunn.com

1

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 393-8200

Harry R. S. Phillips, *pro hac vice*
HPhillips@gibsondunn.com
1700 M St., N.W.
Washington, D.C. 20036
(202) 955-8500

**LATHROP GPM LLP**

Richard C. Landon, #0392306
Richard.Landon@lathropgpm.com
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 632-3000

**PAUL HASTINGS LLP**

Michael F. Murray, *pro hac vice*
MichaelMurray@paulhastings.com
2050 M Street N.W.
Washington, D.C. 20036
(202) 551-1700

James M. Pearl, *pro hac vice*
JamesPearl@paulhastings.com
1999 Avene of the Stars, 27th Floor
Century City, CA 90067
(310) 629-5700

Thomas P. Brown, *pro hac vice*
TomBrown@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
(415) 856-7000

*Counsel for Shopify Inc.*