UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sezzle, Inc.,                                      File No. 25-cv-2395 (ECT/SGE)

       Plaintiff,

v.                                                 **ORDER**

Shopify Inc.,

       Defendant.

---

Defendant Shopify Inc. has filed a Notice of Hearing with respect to a forthcoming motion to dismiss. ECF No. 21. The hearing is scheduled for December 8, 2025. *See id.* An earlier scheduling order required Shopify not to file the motion until 81 days before the hearing date, and if it filed at that time, Plaintiff Sezzle, Inc., would have 60 days to file its opposition memorandum and supporting documents, and Shopify would have 14 days to file its reply memorandum. ECF No. 9.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Defendant Shopify Inc. shall file its Motion to Dismiss and supporting documents on September 18, 2025.

2. Plaintiff Sezzle, Inc., shall file its memorandum in opposition to the Motion to Dismiss on or before November 17, 2025.

3.  Defendant Shopify Inc. shall file its reply memorandum, or a notice stating that no reply will be filed, on or before December 1, 2025.

Date: August 12, 2025                                    s/ Eric C. Tostrud
                                                                                      Eric C. Tostrud
                                                                                      United States District Court