IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sezzle, Inc.,<br><br>             Plaintiff,<br><br>    v.<br><br>Shopify Inc.,<br><br>             Defendant. | Case No. 25-cv-02395-ECT-SGE<br><br>**MOTION TO DISMISS COMPLAINT** |

Defendant Shopify Inc, hereby moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order granting its Motion to Dismiss Sezzle, Inc's Complaint for failure to state claim upon which relief can be granted. This Motion is based upon the related Memorandum of Law, Declaration of Rachel S. Brass, arguments of counsel, and all the files, records, and proceedings herein.

Date: September 18, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

  /s/ Rachel S. Brass

Rachel S. Brass, *pro hac vice*
RBrass@gibsondunn.com
Joseph R. Rose, *pro hac vice*
JRose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 393-8200

Harry R. S. Phillips, *pro hac vice*
HPhillips@gibsondunn.com

1

1700 M St., N.W.
Washington, D.C. 20036
(202) 955-8500

**LATHROP GPM LLP**

Richard C. Landon, #0392306
Richard.Landon@lathropgpm.com
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 632-3000

**PAUL HASTINGS LLP**

Michael F. Murray, *pro hac vice*
MichaelMurray@paulhastings.com
2050 M Street N.W.
Washington, D.C. 20036
(202) 551-1700

James M. Pearl, *pro hac vice*
JamesPearl@paulhastings.com
1999 Avene of the Stars, 27th Floor
Century City, CA 90067
(310) 629-5700

Thomas P. Brown, *pro hac vice*
TomBrown@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
(415) 856-7000

***Counsel for Shopify Inc.***