# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sezzle, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Shopify Inc.,<br><br>    Defendant. | Case No. 25-cv-02395-ECT-SGE<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

The above-entitled matter came before the Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota, on the Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure brought by Defendant Shopify Inc. ("Defendant").

The Court, having heard the arguments of counsel and based upon all the files, records, and proceedings herein, makes the following:

**ORDER**

1. Defendant's Motion to Dismiss is **GRANTED**.

2. Sezzle, Inc's Complaint is dismissed in its entirety with prejudice.

Dated:                                  _____
                                     Eric C. Tostrud
                                     United States District Court Judge